# United States Bankruptcy Court
## Southern District of New York

In re: Symbiont.io, LLC
Debtor(s)

Case No.
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: December 1, 2022

*Mark Smith* (signature)
Mark Smith/Chief Executive Officer
Signer/Title

```
Amazon Web Services
PO Box 84023
Seattle, WA 98124


American Express
PO Box 650448
Dallas, TX 75265


Anthony Sloane
40/365 Kent Street,
Sydney NSW 2000 Australia


Blueback Global (UK) Limited
8 Rockleaze Avenue
Bristol BS9 1NG United Kingdom


CFGI, LLC
1 Lincoln Street STE 1301
Boston, MA 02111


Chief
13 East 19th Street
New York, NY 10003


Cision US Inc.
12051 Indian Creek Court
Beltsville, MD 20705


Cloudflare Inc.
Mail Code: 5267 P.O. Box 660367
Dallas, TX 75266


COHEN TAUBER SPIEVACK & WAGNER LLP
420 Lexington Ave., Suite 2400
New York, NY 10170


Coinductive Reasoning AB
"Daniel Gustafsson, Bergakungsgatan 8
Bergakungsgatan 8 VÄSTERVIK 59352 Sweden


Daniel Truque
15 William Street
10005


Datadog, Inc.
620 8TH AVE FL 45
New York, NY 10018


Datasite LLC
733 S. Marquette Ave, Suite 600
Minneapolis, MN 55402


Deloitte & Touche LLP
P.O. Box 844708
Dallas, TX 75284
```

```
Dianne Oboyle
87-15 252nd St,
11426


Digital Asset Group (ADAM) c/o Condor Tr
Avenue of the Americas Fl 5 1177
10036


DoiT International
5201 Great America Pkwy, Ste. 320
Santa Clara, CA 95054


Expensify
88 Kearny St
94108


Global Custodian Networks Ltd
20 Little Britain
London England EC1A 7DH United Kingdom


Greenhouse Software, Inc.
18 West 18th Street
10011


Infopro Digital Services Ltd
5th Floor, 133 Houndsditch
London England EC3A 7BX United Kingdom


Inkies Print Shop
263 South 4Th Street
Brooklyn, NY 11211


Jan Christopher Vogt
2600 Miccosukee Road
32307


Jason Park
200 E 89th St Apt 23C
New York, NY 10128


John Corry
390 Hepplewhite Dr
30022


Karellen Inc.
1170 Tree Swallow Dr Num 134
Winter Springs, FL 32708


Knobbe Martens Olson & Bear LLP
2040 Main Street, 14th Flr
Irvine, CA 92614


Langston Hess & Moyles
600 Druid Rd. E
Clearwater Beach, FL 33756
```

Levin Group Ltd.
1 Finsbury Avenue
London England EC2M 2PF United Kingdom

LinkedIn
62228 Collections Center Drive
Chicago, IL 60693

LM Funding America Inc.
1200 West Platt Street, Suite 100
Tampa, FL 33606

Mark Smith
750 71st Terrace St
Saint Petersburg, FL 33705

Microsoft
1 Microsoft Way
Redmond, WA 98052

NCC Group Securities Services Inc.
650 California Street Suite 2950
San Francisco, CA 94108

Odell Girton Siegel LLC
81 Newtown Lane, #360
East Hampton, NY 11937

PD Fitzgerald Limited
70A Clapham Manor Street
London England SW4 ODZ United Kingdom

Peaks Strategies
1345 6th Avenue 33rd Floor
New York, NY 10105

Perella Weinberg Partners
767 5th Avenue Floor 10
New York, NY 10153

Pradeep K Gupta CPA P.C
425 Broadhollow Rd Suite 427
Melville, NY 11747

Refinitiv US LLC
P.O. Box415983
Boston, MA 02241

Silvia Davi
187 Aldershot Ln
Manhasset, NY 11030

Solium Plan Managers LLC
222 S Mill Avenue Suite 424
Tempe, AZ 85281

TechCXO Florida LLC
1911 Grayson Hwy. Suite 8-122
Grayson, GA 30017


Tom Dejarnette
6688 Hollycrest Ct,
San Diego, CA 92121


Trinet
1 park place suite 600
Dublin, CA 94568


WEB UPON LLC PORTLAND
20th Avenue 728 SE Unit B
Portland, OR 97214


White Source Software Inc.
79 Madison Avenue
New York, NY 10016


Yogesh Adhikari
House no 226, Kasturi Marga
(Opposite Ratna Rajya School), New Banes