# United States Bankruptcy Court
## Southern District of New York

In re   Symbiont.io, LLC
                                        Debtor(s)

Case No.
Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Symbiont.io, LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Symbient.io Holdings, Inc.
632 Broadway, 5th Floor
New York, NY 10004

☐ None [*Check if applicable*]

December 1, 2022
Date

/s/ Lawrence F. Morrison
Lawrence F. Morrison
Signature of Attorney or Litigant
Counsel for   Symbiont.io, LLC
Morrison Tenenbaum PLLC
87 Walker Street
Floor 2
New York, NY 10013
 Fax:
lmorrison@m-t-law.com