Fill in this information to identify the case:

Debtor name: Symbiont.io, LLC
United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK
Case number (if known): 22-11620

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amazon Web Services<br>PO Box 84023<br>Seattle, WA 98124 | | | | | | $93,236.47 |
| American Express<br>PO Box 650448<br>Dallas, TX 75265 | | | | | | $92,858.23 |
| Anthony Sloane<br>40/365 Kent Street,<br>Sydney NSW 2000<br>Australia | | | | | | $18,333.33 |
| Blueback Global (UK) Limited<br>8 Rockleaze Avenue<br>Bristol BS9 1NG<br>United Kingdom | | | | | | $172,644.47 |
| Datadog, Inc.<br>620 8TH AVE<br>FL 45<br>New York, NY 10018 | | | | | | $60,036.03 |
| Deloitte & Touche LLP<br>P.O. Box 844708<br>Dallas, TX 75284 | | | | | | $93,000.00 |
| Digital Asset Group (ADAM) c/o Condor Tr<br>Avenue of the Americas Fl 5<br>1177<br>10036 | | | | | | $100,000.00 |
| DoiT International<br>5201 Great America Pkwy, Ste. 320<br>Santa Clara, CA 95054 | | | | | | $240,849.24 |

Debtor    Symbiont.io, LLC    Case number (if known)    22-11620
_____Name_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Greenhouse Software, Inc. 18 West 18th Street 10011 | | | | | | $26,447.93 |
| Karellen Inc. 1170 Tree Swallow Dr Num 134 Winter Springs, FL 32708 | | | | | | $34,795.00 |
| Knobbe Martens Olson & Bear LLP 2040 Main Street, 14th Flr Irvine, CA 92614 | | | | | | $41,861.44 |
| Levin Group Ltd. 1 Finsbury Avenue London England EC2M 2PF United Kingdom | | | | | | $99,000.00 |
| Mark Smith 750 71st Terrace St Saint Petersburg, FL 33705 | | | | | | $25,000.00 |
| NCC Group Securities Services Inc. 650 California Street Suite 2950 San Francisco, CA 94108 | | | | | | $80,000.00 |
| Odell Girton Siegel LLC 81 Newtown Lane, #360 East Hampton, NY 11937 | | | | | | $48,546.25 |
| Perella Weinberg Partners 767 5th Avenue Floor 10 New York, NY 10153 | | | | | | $100,000.00 |
| Pradeep K Gupta CPA P.C 425 Broadhollow Rd Suite 427 Melville, NY 11747 | | | | | | $21,459.00 |
| TechCXO Florida LLC 1911 Grayson Hwy. Suite 8-122 Grayson, GA 30017 | | | | | | $40,575.00 |

Debtor    Symbiont.io, LLC                                                                         Case number *(if known)*    22-11620
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Trinet<br>1 park place suite 600<br>Dublin, CA 94568 | | | | | | $1,203,924.16 |
| White Source Software Inc.<br>79 Madison Avenue<br>New York, NY 10016 | | | | | | $42,679.00 |

Official form 204              Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                    page 3