FOLEY & LARDNER LLP
Katherine R. Catanese, Esq.
90 Park Avenue
New York, NY 10016
Tel: (212) 338-3496
Fax: (212) 687-2329
kcatanese@foley.com
*Attorneys for LM Funding America Inc.*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) |
| | ) Chapter 11 |
| SYMBIONT.IO, LLC, | ) |
| | ) Case No. 22-11620 (PB) |
| Debtor. | ) |
| | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the law firm of Foley & Lardner LLP, by the undersigned, hereby appears as counsel for LM Funding America Inc. in the above-captioned action, and pursuant to Rule 2002 and Rule 9010 of the Federal Rules of Bankruptcy Procedure, requests that all notices that are required to be given and all pleadings and orders that are required to be served in the above-captioned Chapter 11 matter, be served to the following address:

> Katherine R. Catanese
> Foley & Lardner LLP
> 90 Park Avenue
> New York, NY 10016
> Email:  kcatanese@foley.com
> Telephone: (212) 338-3496
> Facsimile:  (212) 687-2329

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices, pleadings, and orders referred to in the rules specified above, but also includes, without

4865-6012-3713.1

limitation, all other notices, papers, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which affects the above-captioned Debtor, property in their possession, custody, or control or the administration of the Debtor's bankruptcy case.

**FOLEY & LARDNER LLP**

*/s/ Katherine R. Catanese*
Katherine R. Catanese
90 Park Avenue
New York, NY 10016
Email: kcatanese@foley.com
Telephone: (212) 338-3496
Facsimile: (212) 687-2329

*Attorneys for LM Funding America Inc.*

Dated: December 9, 2022

2

4865-6012-3713.1