UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| Symbiont.io, LLC, ) | Case No. 22-11620 (PB) |
| ) | |
| ) | |
| Debtor. ) | |

**NOTICE OF ORDER GRANTING MOTION OF LM FUNDING AMERICA INC. TO LIFT THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362(d)(1) AND DEMAND FOR ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. 363(e)**

LM Funding America Inc. gives notice of the *Order Granting Motion of LM Funding America Inc. to Lift the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1) and Demand for Adequate Protection Pursuant to 11 U.S.C. 363(e)* which is attached hereto as Exhibit A.

Dated: January 26, 2022

Respectfully Submitted,

FOLEY & LARDNER LLP

By: /s/ *Katherine R. Catanese*
Katherine R. Catanese
90 Park Avenue
New York, New York 10016
(212) 338-3496
kcatanese@foley.com

*Attorneys for LM Funding, LLC*

4868-3255-9437.1