```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| Symbiont.io, LLC, ) | Case No. 22-11620 (PB) |
| ) | |
| ) | |
| Debtor. ) | |

**ORDER GRANTING MOTION OF LM FUNDING AMERICA INC. TO LIFT THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362(d)(1) AND DEMAND <u>FOR ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. 363(e)</u>**

This matter having come before the Court upon the *Motion of LM Funding for Relief from the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1) and Adequate Protection Pursuant to 11 U.S.C. 363(e)* (the "<u>Motion</u>")[1] as it relates to Debtor Symbiont.io, LLC (the "<u>Debtor</u>"); and the Court having jurisdiction to consider the Motion and the relief requested therein under 28 U.S.C. §§ 157 and 1334; the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and LMF and Debtor having entered into the Stipulation to resolve the Motion, which was entered by this Court at Docket No. 25; and upon Debtor's filing of its Status Report indicating it was unable to consummate a transaction by the Funding Deadline; and upon the Stipulation providing that Debtor would consent to entry of this order; and upon the Motion and all the proceedings had before the Court.

NOW THEREFORE, IT IS HEREBY ORDERED

1. The Motion is granted as set forth herein.

---

[1] Any defined terms not otherwise defined herein shall have the meaning ascribed in the Motion and the Stipulation.

2. Good cause exists to lift the automatic stay so that LM Funding may enforce its rights with respect to the Collateral and is hereby lifted pursuant to section 362(d) of the Bankruptcy Code.

3. The provisions of Bankruptcy Rule 4001(a)(3) do not apply to the Order lifting this stay.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

_____
HON. PHILIP BENTLEY
UNITED STATES BANKRUPTCY JUDGE