**KUTAK ROCK LLP**
Michael A. Condyles (VSB No. 27807)
Peter J. Barrett (VSB No. 46179)
901 East Byrd Street
Suite 1000
Richmond, VA  23219-4071
Tel: (804) 644-1700
Fax: (804) 783-6192
michael.conyles@kutakrock.com
peter.barrett@kutakrock.com
    *Counsel for Morse Labs, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SYMBIONT.IO, LLC,<br><br>                      Debtor. | Chapter 11<br><br>Case No. 22-11620 (PB) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appear as counsel to **Morse Labs, Inc. ("Morse Labs")**, and pursuant to Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") 2002, 3017(a), 9007, and 9010 and 11 U.S.C. § 1109(b), request that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statements and plans of reorganization, or other documents, filed or entered in these cases, be transmitted to:

**KUTAK ROCK LLP**
Michael A. Condyles, Esq.
Peter J. Barrett, Esq.
901 East Byrd Street
Suite 1000
Richmond, VA  23219-4071
Tel: (804) 644-1700
Fax: (804) 783-6192
michael.conyles@kutakrock.com
peter.barrett@kutakrock.com

Neither this request for notice nor any subsequent appearances, pleadings, claims, proofs of claim, documents, suits, motions nor any other writings or conduct, shall constitute a waiver of Morse Labs:

    a.    right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge;

    b.    right to trial by jury in any proceeding as to any and all matters so triable herein, regardless of whether the same be designated a legal or private right, or in any case, controversy or proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. § 157 (b)(2), and whether or not such jury trial right is pursuant to statute or the United States Constitution;

    c.    right to request that the reference be withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

    d.    other rights, claims, actions, defenses, setoffs, recoupments or other matters to which Morse Labs is rightly entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

[*Text Continues on the Next Page*]

4889-4175-3941.1

Dated: March 6, 2023                                KUTAK ROCK LLP

/s/ *Peter J. Barrett*
**KUTAK ROCK LLP**
Michael A. Condyles (VSB No. 27807)
Peter J. Barrett (VSB No. 46179)
901 East Byrd Street
Suite 1000
Richmond, VA  23219-4071
Tel: (804) 644-1700
Fax: (804) 783-6192
michael.conyles@kutakrock.com
peter.barrett@kutakrock.com
*Counsel for Morse Labs, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via the Bankruptcy Court's CM/ECF System on those parties that have consented to such service on March 6, 2023.

*/s/ Peter J. Barrett*
Peter J. Barrett

4889-4175-3941.1