

ATTORNEYS AT LAW
90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
212.338.3496
kcatanese@foley.com

CLIENT/MATTER NUMBER
098929-0117

March 31, 2023

Hon. Philip Bentley
U.S. Bankruptcy Court, Southern District of New York
One Bowling Green, Courtroom 601
New York, NY 10004

Re:  *In re Symbiont.io, LLC*
Case No. 22-11620 (PB)

Dear Judge Bentley,

We write as a status update in this matter. Earlier today, Debtor's counsel filed a motion (the "Motion") to appoint a Chief Restructuring Officer ("CRO") to take over the management and day-to-day operations of the Debtor in order to facilitate a sale of assets of the Debtor. Pursuant to a stipulation to use cash collateral (the "Stipulation") that was filed contemporaneously with the Motion, the CRO will be paid out of LM Funding's Cash Collateral.

Please let us know if you have any questions or if you require anything further.

Respectfully submitted,

/s/ *Katherine R. Catanese*

Katherine R. Catanese

cc:  United States Trustee
R. Dakis
L. Morrison

AUSTIN         DETROIT        MEXICO CITY    SACRAMENTO      TALLAHASSEE
BOSTON         HOUSTON        MIAMI          SALT LAKE CITY  TAMPA
CHICAGO        JACKSONVILLE   MILWAUKEE      SAN DIEGO       WASHINGTON, D.C.
DALLAS         LOS ANGELES    NEW YORK       SAN FRANCISCO   BRUSSELS
DENVER         MADISON        ORLANDO        SILICON VALLEY  TOKYO

4874-1002-0186.1