# UNITED STATES BANKRUPTCY COURT

SOUTHERN   DISTRICT OF   New York

In Re. Symbiont.io, LLC

§
§
§
§

Debtor(s)

Case No.   22-11620

☐ Jointly Administered

## Amended Monthly Operating Report

Chapter 11

Reporting Period Ended: 03/31/2023

Petition Date: 12/01/2022

Months Pending: 4

Industry Classification:  5  2  3  9

Reporting Method:            Accrual Basis ◉          Cash Basis ○

Debtor's Full-Time Employees (current):            0

Debtor's Full-Time Employees (as of date of order for relief):            65

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒  Statement of cash receipts and disbursements
- ☒  Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒  Statement of operations (profit or loss statement)
- ☐  Accounts receivable aging
- ☒  Postpetition liabilities aging
- ☐  Statement of capital assets
- ☐  Schedule of payments to professionals
- ☐  Schedule of payments to insiders
- ☒  All bank statements and bank reconciliations for the reporting period
- ☐  Description of the assets sold or transferred and the terms of the sale or transfer

_Laura Marcero_
Signature of Responsible Party

06/02/2023
Date

Laura Marcero
Printed Name of Responsible Party

1166 Avenue of the Americas, Suite 300
New York, NY 10036
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Symbiont.io, LLC                                      Case No. 22-11620

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $389,335 | |
| b. Total receipts (net of transfers between accounts) | $0 | $386,872 |
| c. Total disbursements (net of transfers between accounts) | $0 | $224 |
| d. Cash balance end of month (a+b-c) | $389,335 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $0 | $224 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ⦿  Market ◯  Other ◯   (attach explanation)) | $0 |
| d. Total current assets | $3,425,652 |
| e. Total assets | $3,572,857 |
| f. Postpetition payables (excluding taxes) | $1,623,312 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $1,623,312 |
| k. Prepetition secured debt | $4,136,281 |
| l. Prepetition priority debt | $312,423 |
| m. Prepetition unsecured debt | $3,174,773 |
| n. Total liabilities (debt) (j+k+l+m) | $9,246,789 |
| o. Ending equity/net worth (e-n) | $-5,673,932 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $58,017 | |
| e. General and administrative expenses | $11,197 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $7,500 | |
| k. Profit (loss) | $-76,714 | $-1,382,836 |

UST Form 11-MOR (12/01/2021)                     2

Debtor's Name  Symbiont.io, LLC                                    Case No.  22-11620

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)                    3

Debtor's Name  Symbiont.io, LLC                                    Case No.  22-11620

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  Symbiont.io, LLC                                                                Case No.  22-11620

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  Symbiont.io, LLC                                                      Case No.  22-11620

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name Symbiont.io, LLC                                    Case No.  22-11620

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)                                        7

Debtor's Name  Symbiont.io, LLC                                      Case No.  22-11620

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $0 |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ◉ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ◉ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ◉ |
| d. | Are you current on postpetition tax return filings? | Yes ◉  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉  No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ◉ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ◉ |

i. Do you have:

| | | |
|---|---|---|
| | Worker's compensation insurance? | Yes ○  No ◉ |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ○  No ◉ |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉  (if no, see Instructions) |
| | General liability insurance? | Yes ◉  No ○ |
| | If yes, are your premiums current? | Yes ◉  No ○  N/A ○  (if no, see Instructions) |

| | | |
|---|---|---|
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ◉ |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ◉ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ○  No ◉ |

Debtor's Name  Symbiont.io, LLC                                    Case No.  22-11620

### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

#### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

| | |
|---|---|
| _Laura Marcero_ | Laura Marcero |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Chief Restructuring Officer | 06/02/2023 |
| Title | Date |

Debtor's Name Symbiont.io, LLC

Case No. 22-11620



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  Symbiont.io, LLC

Case No.  22-11620

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Symbiont.io, LLC                                    Case No.  22-11620



PageThree



PageFour

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: Symbiont.io, LLC

Case No. 22-11620 (PB)
Reporting Period: 03/01/2023 through 03/31/2023

**MONTHLY OPERATING REPORT**
**For the Period of:**
**March 01, 2023 through March 31, 2023**

SUPPLEMENTAL NOTES TO THE DEBTOR'S MONTHLY OPERATING REPORT AND BASIS OF PRESENTATION

On December 01, 2022 (the "Petition Date"), Symbiont.io, LLC ("Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), thereby commencing the bankruptcy case (the "Chapter 11 Case") . The Debtor has been assigned the above-referenced case number and the Chapter 11 Cases are being administered under Case No. 22-11620 (PB). The Debtor is currently operating its business as Debtor-in-possession. On April 19, 2023 the Bankruptcy Court authorize the Debtor to retain Huron Consulting Services LLC ("Huron") to designate a Chief Restructuring Officer ("CRO"), effective as of March 31, 2023.

The following notes and statements and limitations should be referred to, and referenced in connection with, any review of the MOR (as defined below).

**Basis of Presentation** - The Debtor is filing its monthly operating report (the "MOR") solely for the purposes of complying with the reporting requirements applicable in the Debtor's Chapter 11 Case. The financial information contained herein is presented on a preliminary and unaudited basis, remains subject to adjustments and may not comply in all material respects with generally accepted accounting principles in the United States of America ("U.S. GAAP"). The financial information has been derived from the books and records of the Debtor. This information, however, has not been subject to certain procedures that would typically be applied to financial information in accordance with U.S. GAAP. The information furnished in this report includes primarily normal recurring adjustments but does not include all adjustments that would typically be made for financial statements prepared in accordance with U.S. GAAP, including to adjustments for income tax provisions and related deferred tax asset and liability accounts, and certain other asset and liability accounts. The results of operations contained herein are not necessarily indicative of results which may be expected for any other period or for the full year and may not necessarily reflect the combined results of operations and financial position of the Debtor in the future. The financial statements of the Debtor's non-debtor affiliates have not been included in the MOR.

**Liabilities Subject to Compromise** - Liabilities subject to compromise have been reported at the amounts recorded on the Debtors' books and records as of the date of the MOR. The amounts classified as liabilities subject to compromise in the financial statements included herein are preliminary and may be subject to future adjustments depending on developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, rejection of executory contracts, reconciliation of claims, and other events.

**Reservation of Rights** - The Debtors reserve all rights to amend or supplement the MOR in all respects, as may be necessary or appropriate. Nothing contained in this MOR shall constitute a waiver of any of the Debtor's rights.

**Reporting Period** - Unless otherwise noted herein, the MOR generally reflects the Debtor's books and records and financial activity occurring during the applicable reporting period. Except as otherwise noted, no adjustments have been made for activity occurring after the close of the reporting period.

**Specific MOR Disclosures -**

We have provided all available bank statements for the reporting period with one exception. The Debtor's general ledger includes an additional bank account labeled "American Momentum Checking (OLD)" which has a balance of $3.91. No activity has been recorded for this account since August 2015 and no bank statements have been located. The balance of this account has been excluded from the MOR.

Notes to MOR Part 2 and Part 4: Certain payables account have been adjusted to reflect invoices presented to the Debtor. Inclusion of these payables does not indicate the agreement that the expenses are valid obligations of the Debtor. Additionally, the Debtor's former CEO, Mark Smith stated that he paid for certain expenses of the Debtor using his personal credit card. The Debtor has not yet determined if these expenses represent necessary post-petition payments and/or are reimbursable to Mr. Smith.

---

[1] SYMBIONT.IO NL, the subsidiary of the Debtor entity, filed for bankruptcy protection in the Netherlands on February 20, 2023.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: Symbiont.io, LLC

Case No. 22-11620 (PB)
Reporting Period: 03/01/2023 through 03/31/2023

**MONTHLY OPERATING REPORT**
For the Period of:
**March 01, 2023 through March 31, 2023**

---

**SUPPLEMENTAL NOTES TO THE DEBTOR'S MONTHLY OPERATING REPORT AND BASIS OF PRESENTATION**

**Notes to MOR Part 2 (f):**
On December 23, 2022 the Debtor terminated or furloughed all employees and ceased operations. The Debtor's records reflect payroll obligations for December 2022. The Debtor's management team stated that the former CEO and one or more members of the Board of Directors personally paid for expenses related to COBRA coverage for terminated employees. We have made repeated attempts to obtain payroll reports from the Debtor's PEO and as of the date of this filings these have not been received. Accordingly, the amounts reflected in this MOR represent our best estimate of potential wage and benefit related expenses. As of the date of the filing of this MOR, one employee has filed a claim for post-petition wages.

As noted above, the Debtor ceased all operation on December 23, 2022. No continuing use of Symbiont resources was authorized after this date and for this reason the Debtor should have ceased incurring technology vendor expenses related to the use of these services. The Debtor's management team has stated that all vendor relationships have been terminated as of the date of filing or no later than December 23, 2022.

The Debtor's records reflect balances for certain non-retained professionals. These amounts are not included in the accounts payable balances herein. Accruals for certain bankruptcy-related professionals (including the Chief Restructuring Officer) as set forth in the Cash Collateral Budget are included.

The Debtor's records also reflect balances owed to certain subcontractors and technology vendors. It has not yet been determined if any of these amounts these amounts represent valid post-petition obligations of the Debtor.

The Debtor's records reflect payroll obligations to non-US employees. These amounts have been included in the MOR but no determination has been made regarding whether or not the obligation belongs to the Debtor or the Debtor's non-US affiliate.

Out of an abundance of caution and for conservatism, unless otherwise noted above, the amounts have been included in the post-petition accounts payable aging summary included in this MOR.

**Notes to MOR Part 2 (k,l &m):** For the December MOR, the Debtor used the December 1, 2022 opening balances as the pre-petition balances.

**Notes to MOR Part 3:** The Debtor has not transferred or sold the assets during the reporting period.

**Notes to MOR Part 7i:** The worker's compensation insurance was provided by a third-party service provider for the month of December 2022, however the payment of premium was not made for that month.

---

[1] SYMBIONT.IO NL, the subsidiary of the Debtor entity, filed for bankruptcy protection in the Netherlands on February 20, 2023.

**Symbiont.io, LLC**
Statement of Cash Receipts and Disbursements
For the Period 03/01/2023 through 03/31/2023

|  | Amount ($) |
|---|---|
| **Receipts** | |
| Customer Receipts | $ - |
| Other Receipts | - |
| **Total Operating Receipts** | $ - |
| | |
| **Disbursements** | |
| Operating | - |
| Technology | |
| **Total Operating Disbursements** | $ - |
| | |
| Operating cash flow | $ - |
| | |
| **Net Cash Flow / (Deficit)** | $ - |
| | |
| **Cash Balance** | |
| Beginning Cash Balance | 389,335 |
| Ending Cash Balance | $ 389,335 |

**Symbiont.io, LLC**
Balance Sheet
As of 03/31/2023

|  | Amount ($) |
|---|---|
| **ASSETS** | |
| CURRENT ASSETS: | |
| Cash and cash equivalents | $ 389,335 |
| Accounts Receivable | - |
| Related Party Receivables | 2,251 |
| Other Current Assets | 3,034,066 |
| **Total current assets** | **$ 3,425,652** |
| Fixed Assets | 111,884 |
| Other Assets | 35,321 |
| **TOTAL ASSETS** | **$ 3,572,857** |
| **LIABILITIES AND STOCKHOLDER'S EQUITY** | |
| CURRENT LIABILITIES: | |
| Accounts Payable | $ 1,532,895 |
| Related Party Payables | 16,738 |
| Credit Cards | 30,118 |
| Other Current Liabilities | 16,383 |
| **Total current liabilities** | **$ 1,596,134** |
| LONG-TERM DEBT: | |
| Financing | 27,178 |
| **Total long-term debt** | **$ 27,178** |
| LIABILITES SUBJECT TO COMPROMISE | 7,623,477 |
| **TOTAL LIABILITIES** | **$ 9,246,789** |
| STOCKHOLDERS EQUITY: | |
| Common Stock | $ 1,622 |
| Preferred Stock | 2,421 |
| Additional Paid-In Capital | 69,154,747 |
| Retained Earnings | (74,832,722) |
| **Total stockholder's equity** | **$ (5,673,932)** |
| **TOTAL LIABILIITES AND STOCKHOLDER' S EQUITY** | **$ 3,572,857** |

**Symbiont.io, LLC**
Income Statement
For the Period 03/01/2023 through 03/31/2023

|  | Amount ($) |
|---|---|
| Recurring Revenue | $ - |
| Non Recurring Revenue | - |
| **Total Revenue** | $ - |
| | |
| **Expenses** | |
| | |
| Staff expense | $ (2,075) |
| Marketing | - |
| Professional Services | (7,500) |
| Travel, Meals and Entertainment | - |
| Technology | (55,942) |
| Operating | (11,197) |
| Occupancy | - |
| **Total Expenses** | $ (76,714) |
| | |
| Depreciation Expense | - |
| | |
| **EBIT** | $ (76,714) |
| | |
| Other Income/(expenses) | - |
| | |
| Interest Expense | - |
| | |
| **Pre-Tax Income** | $ (76,714) |
| | |
| Taxes | - |
| | |
| **Net Income** | **$ (76,714)** |

**Symbiont.io, LLC**
Post-petition Accounts Payable Aging Summary
As of 03/31/2023

| | Total Amount |
|---|---|
| Not Due | $ - |
| 1 - 30 days | 49,582 |
| 31 - 60 days | 97,356 |
| 61 - 90 days | 34,062 |
| More than 90 days | 1,351,895 |
| **Total** | **$ 1,532,895** |

# Account Statement

BlackRock FedFund
Institutional Shares (TFDXX)



FIRST REPUBLIC BANK
It's a privilege to serve you®

**Page 1 of 3**

| | |
|---|---|
| **Statement Period:** | **March 01, 2023-** |
| | **March 31, 2023** |
| **Account Number:** | **XXXXXX37250** |

SYMBIONT.IO, LLC
88 MM TFDXX
632 BROADWAY
FL 5
NEW YORK NY 10012

**Important Information about your statement**

This statement reflects the money market mutual fund (MMF) shares in your account, the shares you purchased, the shares you sold and your gross dividends for the statement period. It also shows your gross dividends for the current year. If the dividends earned on your MMF shares are taxable as income by the federal, state and/or local government, then you must report the gross dividends as income.

These MMF shares are sold and distributed by a mutual fund company, which is not a bank and is not affiliated with First Republic Bank. Investments in MMF are not bank deposits, are not bank guaranteed, not FDIC insured and not guaranteed by any other government agency, and are subject to investment risk, including loss of principal amounts invested. Although any MMF seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in an MMF. Yield fluctuates. Past performance is no guarantee of future results.

In case of insolvency, there may be a delay while the FDIC, as a receiver for the Bank, determines whether your funds are deposits with the Bank or a custodial investment in the MMF shares. If your funds are in MMF shares, you will have a claim for recovery of the MMF shares held by the Bank on your behalf in the sweep and the proceeds from redemption of the MMF shares. Please see the FDIC's regulation Title 12 CFR 360.8 for more information.

| Account Summary | | XXXXXX37250 | |
|---|---|---|---|
| Beginning Balance | $2.16 | Average Daily Balance | $2.16 |
| Purchases | $0.00 | Dividend Year to Date | $0.02 |
| Redemptions | $0.00 | Dividend Earned This Period | $0.00 |
| **Ending Balance** | **$2.16** | Dividend Reinvested This Period | $0.00 |
| | | Monthly Annualized Average Yield | 0.00% |

## First Republic Appreciates Your Business

It's a privilege to serve you [SM]

*Investments in securities and mutual funds are not FDIC insured, not bank guaranteed and are subject to investment risks, including loss of principal.*

**This page is left intentionally blank.**

# Account Statement

**FIRST REPUBLIC BANK**
*It's a privilege to serve you®*

BlackRock FedFund
Institutional Shares (TFDXX)

**Page 3 of 3**

| | |
|---|---|
| **Statement Period:** | **March 01, 2023-** |
| | **March 31, 2023** |
| **Account Number:** | **XXXXXX37250** |

```
SYMBIONT.IO, LLC
88 MM TFDXX
```

## Message

If you receive a call, text or email from a First Republic representative requesting the verification of your password, user ID, PIN, 3-digit CVV number, account number, card number or any other personal information, and you wish to validate the authenticity of the request, please hang up and contact our Client Care Center at (888) 408-0288.

*Investments in securities and mutual funds are not FDIC insured, not bank guaranteed and are subject to investment risks, including loss of principal.*
111 Pine Street, San Francisco, California 94111, TEL (415) 392-1400 or (800) 392-1400
firstrepublic.com

# Account Statement

INSTITUTIONAL BUSINESS YIELD ADVANTAGE
MONEY MARKET SAVINGS



**Page 1 of 3**

| | |
|---|---|
| **Statement Period:** | **March 01, 2023-** |
| | **March 31, 2023** |
| **Account Number:** | **XXXXXX10290** |

SYMBIONT.IO, LLC
(YIELD ADVANTAGE ACCOUNT)
632 BROADWAY
FL 5
NEW YORK NY 10012

| Account Summary | XXXXXX10290 | | |
|---|---|---|---|
| Beginning Balance | $0.00 | Average Daily Balance | $0.00 |
| Total Deposits and Credits | $0.00 | Minimum Balance | $0.00 |
| Total Withdrawals and Debits | $0.00 | Service Charges | $0.00 |
| Total Checks Paid | $0.00 | Interest Paid This Period | $0.00 |
| **Ending Balance** | **$0.00** | Interest Year to Date | $0.00 |

## Fee Summary

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## TO BALANCE YOUR ACCOUNT

1. Go through your register and mark each check, withdrawal, ATM card transaction, payment, deposit, or other credit listed on this statement. Be sure your register shows any interest paid into your account and any service charges, automatic payments or transfers withdrawn from your account during this statement period.

2. Using the chart below, list any outstanding checks, ATM withdrawals, purchases made with your ATM card, or any other withdrawals (including any from previous months) which are listed on your register but are not shown on this statement.

3. Balance your account by filling in the spaces below.

| ITEMS OUTSTANDING | |
|---|---|
| Check or Transaction Number | Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | |

ENTER:
The Ending Balance as shown on this Statement                    $ _____

ADD
Any deposits listed          $ _____
in your register or          $ _____
transfers into your          $ _____
account which are not        $ _____
shown on this statement      $ _____
                    TOTAL +    $ _____

CALCULATE THE SUBTOTAL

$ _____

SUBTRACT:
The total outstanding checks and
withdrawals from the chart at left

$ _____

CALCULATE THE CURRENT BALANCE
This amount should be the same as the
current balance shown in your check
register.

$ _____

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS

Please call us at (888) 408-0288 or write us at First Republic Bank, 111 Pine Street, San Francisco, CA 94111 immediately if you believe there is an error on your statement or transaction receipt, or if you need more information about an electronic transaction listed on the statement or receipt. When you call or write us:

1. Tell us your name and account number or ATM/Debit Card number
2. As clearly as you can, describe the error or the transaction you are unsure about, and explain why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

For personal accounts only: You must report the suspected error to us no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. We well investigate your question(s) and will correct any error promptly. If our investigation takes longer than 10 business days (or 20 business days for new accounts), we will temporarily credit your account for the amount you believe is in error, so that you will have use of the money until our investigation is completed.

# Account Statement

**FIRST REPUBLIC BANK**
*It's a privilege to serve you®*

INSTITUTIONAL BUSINESS YIELD ADVANTAGE
MONEY MARKET SAVINGS

**Page 3 of 3**

| | |
|---|---|
| **Statement Period:** | **March 01, 2023-** |
| | **March 31, 2023** |
| **Account Number:** | **XXXXXX10290** |

SYMBIONT.IO, LLC

## Message

If you receive a call, text or email from a First Republic representative requesting the verification of your password, user ID, PIN, 3-digit CVV number, account number, card number or any other personal information, and you wish to validate the authenticity of the request, please hang up and contact our Client Care Center at (888) 408-0288.

**Flagstar Bank, N.A.**

```
                                       Statement Period
                                    From March    01, 2023
                                    To   March    31, 2023
                                    Page    1 of     2

                                    PRIVATE CLIENT GROUP 224
                                    2 PENN PLAZA
                                    NEW YORK, NY 10121
```

```
        SYMBIONT.IO LLC                    8-224
        DEBTOR IN POSSESSION
        CASE # 2211620PB
        64 BLEEKER STREET # 165
        NEW YORK NY  10012         999          See Back for Important Information
```

Primary Account: ▉▉▉▉▉▉▉    0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ▉▉▉▉▉  BANKRUPTCY CHECKING | 389,332.71 | 389,332.71 |
| RELATIONSHIP     TOTAL | | 389,332.71 |

**Flagstar Bank, N.A.**

```
                                          Statement Period
                                      From March    01, 2023
                                      To   March    31, 2023
                                      Page    2 of    2

                                      PRIVATE CLIENT GROUP 224
                                      2 PENN PLAZA
                                      NEW YORK, NY 10121
```

```
        SYMBIONT.IO LLC                    8-224
        DEBTOR IN POSSESSION
        CASE # 2211620PB
        64 BLEEKER STREET # 165
        NEW YORK NY  10012          999        See Back for Important Information
```

Primary Account: ██████████          0

BANKRUPTCY CHECKING        ████████

Summary

 Previous Balance as of March    01, 2023                                389,332.71

 There was no deposit activity during this statement period

 Ending Balance as of    March    31, 2023                               389,332.71