UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re:                                          :       Chapter 11
                                                :
  Symbiont.io, LLC,                             :       Case No. 22-11620 (PB)
                                                :
                                  Debtor.    :       Re: Dkt. Nos. 55, 64, 71
---------------------------------------------------------x

## ORDER CONVERTING CHAPTER 11 CASE TO CHAPTER 7

Upon the motion (the "Motion") of the United States Trustee for the entry of an order, pursuant to 11 U.S.C. § 1112(b), converting the Chapter 11 case of Symbiont.io, LLC (the "Debtor" or "Symbiont") to one under Chapter 7 of the Bankruptcy Code, or in the alternative, dismissing the case, and the Declaration of Annie Wells filed in support of the Motion [ECF No. 55]; and the Debtor having filed the *Objection to Motion to Convert Chapter 11 Case* [ECF No. 71]; and LM Funding, America, Inc. ("LMF") having filed its *Limited Objection to United States Trustee's Motion, Pursuant to 11 U.S.C. Section 1112(b), for an Order Converting this Case to One Under Chapter 7, or Alternatively, Dismissal* [ECF No. 64]; and a hearing having been held on June 1, 2023 (the "Hearing") to consider the relief requested in the Motion; and it appearing that appropriate notice of the Motion and Hearing having been given and no further notice is necessary; and all interested parties having been heard on the Motion at the Hearing; and good and sufficient cause having been established to convert this Chapter 11 case to Chapter 7 of the Bankruptcy Code pursuant to 11 U.S.C. § 1112(b) for the reasons set forth on the record and in the bench ruling at the Hearing; it is hereby

      **ORDERED**, that the Motion is granted to the extent set forth herein; and it is further

      **ORDERED**, that this case commenced under chapter 11 of the Bankruptcy Code be and hereby is converted to a case under chapter 7 pursuant to 11 U.S.C. § 1112(b); and it is further

**ORDERED**, that pursuant to Rule 1019(5) of the Federal Rules of Bankruptcy Procedure, the Debtor shall: (i) file, within fourteen (14) days of the date of this Order, a schedule of unpaid debts incurred after the commencement of the chapter 11 case, including the name and address of each holder of a claim; and (ii) file and serve the United States Trustee, within thirty (30) days of the date of this Order, a final report and account.

Dated: June 6, 2023
      New York, New York

                                        /s/ Philip Bentley
                                        **Honorable Philip Bentley**
                                        **United States Bankruptcy Judge**