

**U.S. Department of Justice**

**Office of the United States Trustee**
*Southern District of New York*

*201 Varick Street*                                  *(212) 510-0500*
*Room 1006*                                    *Fax: (212) 668-2255*
*New York, New York 10014*

### CONVERTED CASE MEMORANDUM

TO:          Case Administration-Judge Team for Judge **Bentley**
             New York, New York

FROM:        William K. Harrington
             United States Trustee

PREPARED BY: Mary Moroney

DATE:        June 7, 2023

RE:          Appointment of Chapter 7 Trustee - Converted Case
             From Chapter 11 case to Chapter 7

----------------------------------------------------------------

The below listed case has been reviewed.

**Yann Geron** has been selected as the interim trustee for the case. His address is **Geron Legal Advisors LLC, 370 Lexington Avenue, Suite 1101, New York, NY 10017.   Telephone No. (646)560-3226.**

The 341(a) meeting for the case will be held telephonically with Yann Geron as the trustee on August 3, 2023 at the time indicated below:

CONVERTED CHAPTER (11) CASE TO CHAPTER 7 NO ASSET CASE

11:00 AM

Symbiont.io, LLC,                    22-11620 (PB)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK


In Re:

Symbiont.io, LLC,                          22-11620 (PB)


Debtor(s).



APPOINTMENT OF INTERIM TRUSTEE AND TRUSTEE
AND DESIGNATION OF REQUIRED BOND


Yann Geron of New York, New York, is hereby appointed, pursuant to 11 U.S.C. 701(a) as Interim Trustee for the estate(s) of the above named debtor(s).  See 11 U.S.C. 701(c).  If no trustee is elected, you shall serve as the Trustee in this case by operation of law.  11 U.S.C. 702(d).

The amount of your bond is covered by the bond of Interim Trustees in Chapter 7 cases issued by Liberty Mutual Insurance Co. and which is on file with the Office.  See 11 U.S.C. 322(a) Federal Rules of Bankruptcy Procedure 2010(a).  In addition, because your blanket acceptance of appointment is on file (FRBP 2008; FRBP 2010(a)), you are required to notify the undersigned in writing within five (5) business days after receipt of this notice only in the event you reject this appointment.

Dated:  New York, New York
        June 7, 2023

                              William K. Harrington
                              William K. Harrington
                              United States Trustee
                              201 Varick Street
                              Room 1006
                              New York, New York 10014


‣ ‣ FILE A:11TO7