

                                                  *370 Lexington Avenue, Suite 1101*
                                                                                 *New York, NY 10017*
                                                                                      *Tel (646) 560-3224*

*Yann Geron*                                                                              *Fax (207) 421-9215*
ygeron@geronlegaladvisors.com                                                 geronlegaladvisors.com

May 2, 2024

**VIA ELECTRONIC FILING**

Honorable Philip Bentley
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

    **Re:  Symbiont.io, LLC, Debtor; Case No. Case No. 22-11620-pb**

Your Honor:

I am the chapter 7 trustee of the estate of Symbiont.io, LLC (the "Debtor"), the above-referenced debtor. This letter is being submitted in response to Chambers' request for a status report on the Debtor's case.

Though the docket activity does not reflect it, my efforts in this case are ongoing. My duly-retained professionals continue to conduct a forensic review of the Debtor's financial affairs to determine if there are any estate claims to be pursued for the benefit of the bankruptcy estate.  We are active in our efforts in this case.

As a result, this case cannot be closed at this time.

Respectfully,

*/s/ Yann Geron*

Yann Geron
Chapter 7 Trustee

    cc:    Karl Knechtel, CPA (via email)
              Heath D. Rosenblat, Esq. (via email)
              Nicole N. Santucci, Esq. (via email)